UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| LORI ROY, ) | |
| Petitioner, ) | |
| ) | Docket No.: 1:16-cv-00592-NT |
| vs., ) | |
| ) | |
| MARY C. MAYHEW, ) | |
| Commissioner, DEPARTMENT ) | |
| OF HEATH AND ) | |
| HUMAN SERVICES and the DEPARTMENT ) | |
| OF HEALTH AND HUMAN SERVICES, ) | |
| Respondents.[1] ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that pursuant to a Settlement Agreement and Release reached on June 29, 2017 at a judicial settlement conference, presided over by U.S. Magistrate Judge Nivison, that this action should be dismissed with prejudice.

SEEN AND AGREED:

/s/Peter M. Rice, Esq.
Peter M. Rice, Esq. Bar No. 7277
DISABILITY RIGHTS MAINE
24 Stone Street, Suite 204
Augusta, ME 04330
(207) 626-2774
Attorney for Petitioner

SEEN AND AGREED:

/s/ Kelly L. Morrell
Kelly L. Morrell,
Halliday Moncure,
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
6 State House Station
Augusta, ME 04333-0006
(207) 626 8552
Attorneys for Respondents

SO ORDERED.

---

[1] Effective May 26, 2017, Mary Mayhew resigned as Commissioner and Ricker Hamilton was named Acting Commissioner. Pursuant to Fed. R. Civ. P. 25(d), Ricker Hamilton is automatically substituted as the named Defendant. For ease of reference, Mr. Hamilton will be referred to herein as Commissioner.

Dated: _____   _____
                                          U.S. Chief District Judge